JOHN A. BOEHME, RESPONDENT, v. SOPHIE SHAPIRO, APPELLANT.

Submitted October 27, 1933—Decided January 5, 1934.

For the respondent, *Matlack & Laulman.*

For the appellant, *William Newcorn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   14.

*For reversal*—None.